■ In the Matter of MADELINE GIOTTO, Appellant, v BOARD OF EDUCATION — WHITESBORO CENTRAL SCHOOL DISTRICT, Respondent. — Judgment unanimously affirmed, without costs, for the reasons stated at Special Term, Balio, J. (Appeal from judgment of Supreme Court, Oneida County, Balio, J. — art 78.) Present — Simons, J. P., Hancock, Jr., Callahan, Denman and Schnepp, JJ.